Chris-Antonio: Pow
Plaintiff

-vs-

Causeway Truck Parking
Akram Zikry
John Doe FL TAG #61B UNI

Notice of Complaint

8:24 cv 728 SDM-NHA

APR 1 2024 AM 8:58
FILED - USDC - FLMD - TPA

## General Allegations

① Plaintiff Chris-Antonio: Pow Hired Causeway Truck Parking for monthly Truck and Trailer parking on a monthly Basis.

② This Action is for the purpose of Relief.

③ The Defendant Illegally Titled Plaintiff's 2022 Dodge Ram 4500 and Kuaffman 2022 5 car Trailer on December 20, 2023, Knowing that the plaintiff had a active Bankruptcy case. Knowing, and willingly violated the Automatic Stay order 11 U.S.C. 362 and 11 U.S.C. 1301.

④ The Defendant Hired Tampa Fast title to title Truck and Trailer, Tampa Fast title was also given Notice regarding the Bankruptcy chapter 13 Plaintiff Filed back in September of 2023.

⑤ The Plaintiff had a $1,400.00 Balance with said Defendants and Defendants refused to take payment in December of 2023 and told Plaintiff that He was going to keep his Properties valued Approx. 95-$110,000.00, And to sue him.

⑥ The SHeriffs was called out to the Trucking Parking Lot locations and the Defendant at first stated he didnt know where Plaintiff's Properties was, and that TAMPA Fast title had said Properties.

that being said. The sheriff requested and told Plaintiff to remove himself from Defendants property and to deal with Tampa Fast title.

7) The week of December 26th 2023 when this all took place, the plaintiff return and called the Sheriffs back to Causeway Truck Parking to Note and Document that Tampa Fast title made it very clear that the company Didnt have Plaintiff's stated properties as Defendant lied and misled Sheriff's office and Deputy's. That Causeway Truck Parking has always kept said properties.

8) Plaintiff has given Time and Attempted to contact Akram Zikry owner of Causeway Truck Parking to initiat or Attempt to work something out Just for the return of said properties now that its Snow Bird return Season For his New York, New Jersey clients From Florida. Peak Season. No luck and Now Approaching 120 days since titled in another companies name which was never for hire or never had any buisness relations.

9) Stated Properties No longer have value it should, due to Akram Zikry, Causeway Truck parking lied on title milage disclosure and stated and titled properties with 5K miles, when Dot has it registered with 110,000 miles and the local dealership has it registered " 77,000 miles. So Said Properties lost full value and eventually will be considered Tmu = True milage unknown

10) Every month the Truck and Trailer is out of service and not operable is a $25-28 K Thousand dollars loss present and Future Loss and Damages.

11) Plaintiff is a family operated Buisness that attempted to stay in Florida, but are NYC Residence and due to and also this outcome Chris Antonio Pow owner isnt able to provide as it was and peform as he was due to the mischief and Fravdulent acts of Akram Zikry and John Doe FL TAG 61B UNI Causeway Truck parking For Hire. A All around Neglegance.

12) Defendant Akram Zikry is the Individual that was all over Tampa Bay News for discovering that corn oil can be used to Eliminate the use of Diesel Fuel, For all Diesel operated vehicles such as the Plaintiffs Company's Truck.

Respectfully

Ch- Antonio: Pow
1316 Riverside Dr. #3F
NewYork, NY 10033

Cause of Actions are

1) Violation of the Automatic stay 11 U.S.C 362(A)
   11 U.S.C 1301

2) Neglegance

3) Breach of Duty

4) Fraud

Strict liability are

A) General and Special Damages

B) Interest

C) Cost / expenses

D) For such and other Further relief as the court making Just and proper. What the Plaintiff Pray's For

Requesting also a Restraining Order for Plaintiff and Family's safety. As Akram Zikry is a military soldier